IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
MAR 3 1 2010
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By _____
Deputy Clerk

AMANDA FEW,                                )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )   No. CIV 10-109-RAW
                                           )
THE UNITED STATES OF AMERICA,              )
*Ex rel*, THE DEPARTMENT OF                )
HEALTH AND HUMAN SERVIES,                  )
PUBLIC HEALTH SERVICES,                    )
INDIAN HEALTH SERVICES,                    )
CHOCTAW NATION HEALTH CARE                 )
CENTER,                                    )
                                           )
            Defendant.                     )

## COMPLAINT

**COMES NOW** the Plaintiff, Amanda Few, by and through her attorneys of record, Mark Edwards and Trevor J. Furlong of the Edwards Law Firm, and for her claims against the United States of America, *ex rel*, The Department of Health and Human Services ("DHHS"), Public Health Services ("PHS"), Indian Health Services ("IHS"), Choctaw Nation Health Care Center ("CNHCC") alleges and states the following:

### JURISDICTION

1. This is an action for damages resulting from personal injury and the relief arising from a medical malpractice tort claim.

2. Jurisdiction of this Court is founded upon 28 U.S.C. §1346(b)(1).

3. Venue of this Court is invoked pursuant to 28 U.S.C. §1402(b).

4. The Plaintiff properly and timely filed her Claim for Damage, Injury, or Death on October 19, 2009 pursuant to 28 U.S.C. §2675(a).

## PARTIES

5. The Plaintiff in this action is:

   (a) Amanda Few resides in the City of McAlester, Pittsburg County, State of Oklahoma.

6. The Defendant in this action is:

   (a) The Choctaw Nation Health Care Center and is a government agency operating in Latimer County, Oklahoma, at all relevant times.

## Facts

7. On or about April 6, 2009, Amanda Few was admitted to the Choctaw Nation Health Care Center in Talihina, Oklahoma for a scheduled surgery and was given the wrong medication by a nurse prior to that surgery.

8. As a result, Amanda Few had respiratory compromise, nearly died, and nearly had an unnecessary and lengthy recovery.

## Causes of Action

### I. Res Ipsa Loquitur

9. Plaintiffs hereby incorporate paragraphs 1 through 8 above.

10. That on April 6, 2009, Amanda Few was incorrectly given a medication at the Choctaw Nation Health Center.

11. That Amanda Few suffered respiratory failure and nearly died.

12. That Amanda Few's respiratory failure was directly caused by events that were solely within the control of Defendant Choctaw Nation Health Care Center.

13. That Amanda Few's respiratory failure is not the type of injury that ordinarily occurs under the circumstances in the absence of negligence on the part of Defendant Choctaw Nation Health Care Center.

14. Wherefore, Plaintiff prays for any and all damages available to her by law, including but limited to, medical expenses, emotional and mental distress, physical suffering and pain, fear of death, and other unspecified damages.

15. Wherefore, Plaintiff prays damages for each item in an amount in excess of $75,000.00.

## II.  Medical Malpractice-Choctaw Nation Health Care Center

16. Plaintiff hereby incorporates paragraphs 1 through 15 above.

17. That the Defendant, Choctaw Nation Health Care Center, held itself out as a hospital designed to exercise ordinary care and attention for its patients.

18. That Defendant, Choctaw Nation Health Care Center, owed a duty to Amanda Few to exercise ordinary care and attention that was appropriate to the physical and mental condition of Amanda Few.

19. That Defendant, Choctaw Nation Health Care Center, had a duty to Amanda Few to supervise the care rendered to her by its employees.

20. That Defendant, Choctaw Nation Health Care Center, is liable for any and all acts or omissions pled and proven by Plaintiff for its employees, nurses, and staff physicians based on respondeat superior.

21. That Defendant, Choctaw Nation Health Care Center, breached its duties of care and failed to meet the appropriate standard of care with regard to the above stated duties owed to Amanda Few by failing to properly administer appropriate medication, by failing to properly monitor Amanda Few, by failing to recognize Amanda Few's respiratory distress in a timely basis, and failing to immediately and properly treat Amanda Few's respiratory compromise.

22. Wherefore, Plaintiffs pray for any and all damages available to her by law, including but limited to, medical expenses, emotional and mental distress, physical suffering and pain, fear of death, and other unspecified damages.

23. Wherefore, Plaintiff prays for damages for each item in an amount in excess of $75,000.00.

Respectfully Submitted,

**THE EDWARDS LAW FIRM**

_____
Mark Edwards, OBA# 16570
Trevor J. Furlong, OBA #20208
P.O. Box 1066
McAlester, OK 74502
(918) 302-3700 Telephone
(918) 302-3701 Facsimile
Attorney for Plaintiffs

**ATTORNEY LIEN CLIAMED**

4